IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| **JANIE BRANCH WHITE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | 1:07CV197 |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, and upon stipulation of both Plaintiff and Defendant, by and through their respective undersigned counsel, the Court hereby dismisses the captioned action, with prejudice, and with each party to bear its own costs.



/s/ P. Trevor Sharp
United States Magistrate Judge

Date: September 13, 2007